**Dated: August 17, 2021**

**The following is ORDERED:**



_____
TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

Lisa Nicole Robinson                     Case No. 21-80455-TRC
                                         Chapter 13
    Debtor.

O R D E R NUNC PRO TUNC

    This Order is entered to remove the August 5, 2020 deadline set for Witness and Exhibit Lists in the original order (Docket Entry 86) entered August 16, 2021. The correct deadline for Witness and Exhibits lists is November 11, 2021.

    On the 12th day of August 2021, the Motion to Modify Automatic Stay and Request for Waiver of the 14-Day Stay filed by Wilburton Village Apartments, L.P. (Docket Entry 50) with Objection thereto filed by Debtor (Docket Entry 71), Reply to Objection filed by Wilburton Village Apartments, L.P., and Debtor's Amended Appendix of Exhibits to Debtor's Objection (Docket Entry 78) came before this Court for preliminary hearing. Appearances were entered at the hearing by William M. Bonney, Chapter 13 Trustee, Janet Roloff on behalf of the Debtor, and Tami Hines on behalf of Wilburton Village Apartments, L.P.

    Based upon the record made at the hearing, this Court finds that the matter should be continued for evidentiary hearing.

IT IS THEREFORE ORDERED that the final hearing on this matter is set for evidentiary hearing on **November 18, 2021, at 10:00 a.m.** Telephonic Hearing call in number 888-684-8852 Access code 8488521 Security code 1347. The thirty (30) day requirement for hearing on the merits is waived. The parties shall exchange and file Witness and Exhibit Lists no later than **November 11, 2021.** Simultaneously, counsel shall provide all copies of the exhibits to opposing counsel and two copies to the Judge. Copies of the exhibits shall be accepted by the Court Recording Deputy upon introduction and admission and will not be returned. The parties shall comply with Local Form 9014-1(E) Instructions Governing Evidentiary Hearing Procedures in Contested Matters. The automatic stay shall remain in full force and effect pending conclusion of the final hearing on this matter.

###