# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:                 )
    LISA ROBINSON          )     **Case No. 21-80455**
       SSN:xxx-xx-0272        )     **Chapter 13**
    **101 TIMBERLINE APT. 19**     )
    **WILBURTON, OK 74578**     )
                     **Debtor(s).)**

## MOTION TO DISMISS

      **COMES NOW**, William Mark Bonney, the  Standing Chapter Thirteen Trustee

and informs the Court as follows:

1.     The Debtor is not eligible to file Chapter 13 as she does not have regular income.

2.     No plan can be confirmed because the debt required to be paid cannot be paid

    through monthly plan payments based upon the known income of the Debtor.

3.     The total amount due to the Trustee under the proposed plan is $0.00 and the total

    amount paid to the Trustee is $0.00.

4.     The Debtor's case should be dismissed pursuant to 11 U.S.C. §§ 109(e), 1307

    (c)(6).

      **WHEREFORE**, the Trustee requests that this case be dismissed.

                   Respectfully submitted,

                   /s/ William Mark Bonney
                   William Mark Bonney, Trustee OBA #12221
                   Office of the Standing Chapter 13 Trustee
                   P.O. Box 1548
                   Muskogee, OK 74402-1548
                   Tele: (918)683-3840
                   trustee@13trustee.com