UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
Case No.: 21−80455
Chapter: 13

**FILED**
Jan. 13, 2022
Patrick Keaney, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
Lisa Nicole Robinson
101 Timberline
Apartment 19
Wilburton, OK 74578

Social Security No.:
xxx−xx−0272

Employer's Tax I.D. No.:

MINUTE ENTRY: Hearing Held 1/12/2022 at 2:00 p.m. (RE: related document(s)112 Amended Chapter 13 Plan filed by Debtor, 143 Objection to Confirmation of the Plan filed by Creditor Wilburton Village Apartments, L.P., 152 Objection to Confirmation of the Plan filed by Trustee, 146 Motion to Dismiss filed by Trustee, 157 Response filed by Creditor Wilburton Village Apartments, L.P.). Appearances: William M. Bonney, Chapter 13 Trustee; Janet Roloff, attorney for Debtor; and Tami Hines, attorney for Wilburton Village Apartments, L.P. Trustee's Motion to Dismiss granted; order to follow. (Corley, Cheryl)

Dated: January 13, 2022

**Patrick Keaney, Clerk
U.S. Bankruptcy Court**